N. Y. dismissed for want of substantial federal question. ■

No. 83–449. BURKE DISTRIBUTING CORP., DBA B & W TRANS-
PORTATION, ET AL. v. MASSACHUSETTS. Appeal from Sup. Jud.
Ct. Mass. dismissed for want of substantial federal question. ■

No. 83–467. PAULSON ET AL. v. COUNTY OF PIERCE. Appeal
from Sup. Ct. Wash. dismissed for want of substantial federal
question.

No. 82–1712. SUMNER, WARDEN v. MATA. C. A. 9th Cir.
Motion of respondent for leave to proceed in forma pauperis and
certiorari granted. Judgment vacated and case remanded with
directions to dismiss the appeal as moot. JUSTICE STEVENS
would deny certiorari.

No. A–310 (82–6982). NARCISSE v. LOUISIANA, ante, p. 865.
Application to suspend the effect of the order denying certiorari
pending action on the petition for rehearing, addressed to JUSTICE
BRENNAN and referred to the Court, denied. JUSTICE BRENNAN
and JUSTICE MARSHALL would grant the application.

No. D–345. IN RE DISBARMENT OF WALGREN. Disbarment
entered. [For earlier order herein, see 461 U. S. 941.]

No. D–355. IN RE DISBARMENT OF GELB. Disbarment en-
tered. [For earlier order herein, see 462 U. S. 1103.]

No. D–357. IN RE DISBARMENT OF HARTHUN. Disbarment
entered. [For earlier order herein, see 462 U. S. 1103.]

No. D–358. IN RE DISBARMENT OF SHEEHAN. Disbarment
entered. [For earlier order herein, see 462 U. S. 1103.]

No. D–359. IN RE DISBARMENT OF MCCOMB. Disbarment
entered. [For earlier order herein, see 462 U. S. 1104.]

No. D–360. IN RE DISBARMENT OF TABENKEN. Disbarment
entered. [For earlier order herein, see 462 U. S. 1114.]